82,819-01,
02

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 08 2015 to C/5

Abel Acosta, Clerk

Cause No. 1186742A
Cause No. 1186743A
177th District Court

To: Clerk Abel Acosta,

My name is Simeon D. Staten, I am writing because the District Attorney violated my Due process, by not timely filing my 11.07 Habeas Corpus. I am asking for relief because even though applicant for habeas corpus relief may have been discharged from confinement, collateral legal consquences including the impostion of heavier penalties, as now applicant has suffered in his present confinement where he is convicted as a habitual do to the District Attorney taking six years to file applicants 11.07. Applicant prays that the Court OF Criminal Appeals, grants Applicant relief and vacate these convictions please? Thank you, you are greatly appreciated. Applicant is serving 25 years because of the convictions in the primary cases, due to Applicants Due process being violated And is restrained because convictions.

Respectfully Submitted,
Simeon D. Staten
Simeon Staten

1/4/15

Lindsey Unit # 1889172
1620 F.M. 3344
Jacksboro, Tx. 76458

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk